DECEMBER 7, 1961

No. 66262.—F. H. Paul & Stein Bros., Inc. *v.* United States, protest 60/29775. Plaintiff's application for rehearing granted.

BEFORE THE FIRST DIVISION, DECEMBER 11, 1961

No. 66263.—Paul E. Sernau, Inc. v. United States, protest 61/15661(B) (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of monkey figures similar in all material respects to those the subject of Abstract 25607, the claim of the plaintiff was sustained.

No. 66264.—John L. Westland & Son, Inc., a/c John Beccaria et al. *v.* United States, protests 58/25732, etc. (Los Angeles).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of opal glass tiles or tiling the same as those the subject of Abstract 65376, the claim of the plaintiffs was sustained.